JUDGE SWAIN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

08 CV 0245

JULIANA MARIA MAYANCELA,

               Plaintiff,

v.

BIRO MANUFACTURING COMPANY,

               Defendant.
-----------------------------------------X

Civil Action No. _____

**Rule 7.1 Statement**

RECEIVED JAN 11 2008 U.S.D.C. S.D.N.Y. CASHIERS

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Biro Manufacturing Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party:

               Island Leasing Company

The undersigned also certifies that neither Biro Manufacturing Company nor Island Leasing Company are publicly held.

Date: January 11, 2008

                                                          Frank V. Pesce, Esq.

                                                          Attorney Bar Code: 7171