AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JULIANA MARIA MAYANCELA

v.

BIRO MANUFACTURING COMPANY

**APPEARANCE**

Case Number: 08-CIV-00245

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
JULIANA MARIA MAYANCELA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/29/2008 | /s/ Gail Mota |
| Date | Signature |
| | GAIL MOTA — GM-7699 |
| | Print Name / Bar Number |
| | 100 William Street, Suite 1205 |
| | Address |
| | New York, New York, 10038 |
| | City / State / Zip Code |
| | (212) 267-9222 / (212) 962-5418 |
| | Phone Number / Fax Number |
| | GMOTA@GORAYEB.COM |
| | Email Address |