GORAYEB & ASSOCIATES,
COUNSELORS AT LAW
100 WILLIAM STREET, 12TH FLOOR
NEW YORK, NEW YORK 10038

TEL: (212) 267-9222
FAX: (212) 962-5418

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
APR 0 7 2008

April 04, 2008

**VIA FACSIMILE (212) 805-0426**
Hon. Laura T. Swain
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

  Re: Juliana Maria Mayancela v. Biro Manufacturing Company
  Docket No.: 08 Civ. 245 (LTS)(HBP)
  Our File No.: 7239 - PL

Dear Justice Swain:

  Please accept this as a formal request to reschedule the pre-trial conference in the above-mentioned matter from April 18, 2008, at 3:30 p.m. to May 30, 2008 at 9:45 a.m. The reason for this request is that I will be out of the office on April 18th for the Passover holiday. All counsel have agreed to this change.

  Thank you for your kind consideration of this request.

             Sincerely yours,

             GORAYEB & ASSOCIATES, P.C.

             Gail Mota, Esq.

*The request is granted.*

cc:
FISCHETTI & PESCE, LLP
Frank Pesce, Esq.
BY FAX: (516) 741-7414

             SO ORDERED.

             4/4/08
             LAURA TAYLOR SWAIN
             UNITED STATES DISTRICT JUDGE