UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Mayancela,

                    Plaintiff(s),

-v-

Biro,

                    Defendant(s).

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#
MAY 30 2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 245 (LTS)(HBP)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X]  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ]  Specific Non-Dispositive Motion/Dispute:*
    _____
    _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

[ ]  Settlement* (Principals to participate as required by Magistrate Judge)

[ ]  Inquest After Default/Damages Hearing

[ ]  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ]  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

[ ]  Habeas Corpus

[ ]  Social Security

[ ]  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
    _____

    All such motions: ____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                May 30, 2008

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge