IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JULIANA MARIA MAYANCELA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8 Civ. 245 |
| BIRO MANUFACTURING COMPANY | ) | |
| Defendant. | ) | |

**BIRO MANUFACTURING COMPANY'S NOTICE OF MOTION TO ADMIT PRO HAC VICE**

PLEASE TAKE NOTICE that upon the annexed affidavits of movants in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court for an Order allowing the admission of movants, Christopher J. Wesser and C. Stinson Lindenzweig, members of the firm of Moran Brown PC and members in good standing of the Bar of the State of Virginia, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against Christopher J. Wesser and C. Stinson Lindenzweig in any State or Federal court.

Dated: Garden City, New York
June 2, 2008

Respectfully submitted,

**BIRO MANUFACTURING COMPANY**

By ______________________

Frank V. Pesce (FVP 7171)
Fischetti & Pesce, L.L.P.
310 Old Country Road, Suite 210
Garden City, New York 11530
Phone: (516) 873-1511

*Of Counsel:*
Christopher J. Wesser (VSB No. 44648)
C. Stinson Lindenzweig (VSB No. 71214)
MORAN KIKER BROWN PC
4110 E. Parham Road
Richmond, Virginia 23228
Phone: (804) 421-6250
*Attorneys for Defendant*
*The Biro Manufacturing Company*

TO:

GORAYEB & ASSOCIATES, P.C.
Attorneys for Plaintiff
100 William Street - Suite 1205
New York, New York 10038

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JULIANA MARIA MAYANCELA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8 Civ. 245 |
| BIRO MANUFACTURING COMPANY | ) | |
| Defendant. | ) | |

---

The Biro Manufacturing Company ("Biro"), pursuant to 22 NYCRR § 520.11, moves the Court for an order admitting Christopher J. Wesser and C. Stinson Lindenzweig *pro hac vice*. This motion is supported by the memorandum below and affidavits of Christopher J. Wesser and C. Stinson Lindenzweig.

Memorandum

Christopher J. Wesser and C. Stinson Lindenzweig are attorneys with the law firm of Moran Brown PC, 4110 E. Parham Road, Richmond, Virginia 23228, telephone: 804-864-6250. Mr. Wesser and Ms. Lindenzweig are admitted to practice before the Supreme Court of Virginia and are in good standing with the bar in that state.

Mr. Wesser and Ms. Lindenzweig are counsel for Biro, and seek an order from this Court to be admitted *pro hac vice* to practice in New York and represent Biro in this matter. Frank V. Pesce, an attorney with Fischetti & Pesce, L.L.P., will at all times act as attorney of record in this matter.

Based on this, Biro respectfully requests that the Court GRANT its motion for admission *pro hac vice* to allow Christopher J. Wesser and C. Stinson Lindenzweig to practice before this Court in this case.

Dated: Garden City, New York
June 2, 2008

Yours, etc.,

Frank V. Pesce, Esq. (FVP 7171)
FISCHETTI & PESCE, LLP
Attorneys for Defendant
BIRO MANUFACTURING COMPANY
310 Old Country Road - Suite 201
Garden City, New York 11530
516-873-1511
File No. 9020

Of Counsel:
Dennis R. Kiker (VSB No. 42912)
Christopher J. Wesser (VSB No. 44648)
MORAN KIKER BROWN PC
4110 E. Parham Road
Richmond, Virginia 23228
Phone: (804) 421-6250
Facsimile: (804) 421-6251

Attorneys for Defendant/Third-Party Plaintiff
BIRO MANUFACTURING COMPANY

TO:

GORAYEB & ASSOCIATES, P.C.
Attorneys for Plaintiff
100 William Street - Suite 1205
New York, New York 10038

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JULIANA MARIA MAYANCELA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 8 Civ. 245 |
| BIRO MANUFACTURING COMPANY | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF CHRISTOPHER J. WESSER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

The undersigned, Christopher J. Wesser, being duly sworn, deposes and states as follows:

1. I am an attorney with the law firm of Moran Brown PC, 4110 East Parham Road, Richmond, Virginia 23228.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Virginia.

4. I am admitted to practice in the following courts: the Supreme Court of Virginia; the United States District Court for the Eastern District of Virginia and the United States Courts of Appeals for the DC, Fifth, Seventh, Tenth and Eleventh Circuits and the United States Courts of Appeals for the Seventh and Tenth Circuits.

5. There are no pending disciplinary proceedings against me in any State or Federal court, nor have there ever been.

6. I am familiar with and shall comply with the standards of conduct imposed upon members of the New York Bar and agree to abide by the rules of this Court, including all disciplinary rules.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

CHRISTOPHER J. WESSER
VA State Bar No. 44648
Moran Brown PC
4110 East Parham Road
Richmond, Virginia 23228

Subscribed and sworn to under oath by Christopher J. Wesser this 2nd day of April, 2008, County of Henrico, Virginia.

SUSAN K. MILLER MY COMMISSION EXPIRES COMMONWEALTH OF VIRGINIA COMMISSION # 219368 04-30-2011 NOTARY PUBLIC

Susan K Miller
Notary Public

My Commission Expires:

April 30, 2011

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

CHRISTOPHER JAMES WESSER

was admitted to practice as an attorney and counsellor at the bar of this Court on November 1, 1999.

I further certify that so far as the records of this office are concerned, CHRISTOPHER JAMES WESSER is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 28th day of March
A.D. 2008

By: ______________________
*Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JULIANA MARIA MAYANCELA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8 Civ. 245 |
| | ) | |
| BIRO MANUFACTURING COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

---

**AFFIDAVIT OF C. STINSON LINDENZWEIG IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

The undersigned, C. Stinson Lindenzweig, being duly sworn, deposes and states as follows:

1. I am an attorney with the law firm of Moran Brown PC, 4110 East Parham Road, Richmond, Virginia 23228.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Virginia.

4. I am admitted to practice in the following courts: the Supreme Court of Virginia and the United States District Court for the Eastern District of Virginia.

5. There are no pending disciplinary proceedings against me in any State or Federal court, nor have there ever been.

6. I am familiar with and shall comply with the standards of conduct imposed upon members of the New York Bar and agree to abide by the rules of this Court, including all disciplinary rules.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case.

C. STINSON LINDENZWEIG
VA State Bar No. 71214
Moran Brown PC
4110 East Parham Road
Richmond, Virginia 23228

Subscribed and sworn to under oath by C. Stinson Lindenzweig this ____ day of April, 2008, County of ________, Virginia.

SUSAN K. MILLER
MY COMMISSION EXPIRES
COMMONWEALTH OF VIRGINIA
COMMISSION # 219368
04-30-2011
NOTARY PUBLIC

________________________
Notary Public

My Commission Expires:

________________________

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

CANDACE STINSON LINDENZWEIG

was admitted to practice as an attorney and counsellor at the bar of this Court on October 31, 2005.

I further certify that so far as the records of this office are concerned, CANDACE STINSON LINDENZWEIG is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 28th day of March
A.D. 2008

By:____________________
*Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JULIANA MARIA MAYANCELA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8 Civ. 245 |
| | ) | |
| BIRO MANUFACTURING COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorneys, Christopher J. Wesser and C. Stinson Lindenzweig, are permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel in this case, and it will be entered on the court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

ENTERED ON ____________, 2008.

______________________________
JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JULIANA MARIA MAYANCELA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08 CV 00245 |
| | ) | |
| BIRO MANUFACTURING COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the BIRO MANUFACTURING COMPANY'S NOTICE OF MOTION TO ADMIT PRO HAC VICE was mailed, postage prepaid, this 2nd day of June, 2008 to:

GORAYEB & ASSOCIATES, P.C.
Attorneys for Plaintiff
100 William Street - Suite 1205
New York, New York 10038

SUSAN E. HOFFMAN