IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIANA MARIA MAYANCELA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIRO MANUFACTURING COMPANY )<br>)<br>Defendant. ) | Civil Action No. 08 Civ. 245 (LTS) |

**ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE**

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorneys, Christopher J. Wesser and C. Stinson Lindenzweig, are permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel in this case, and it will be entered on the court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

ENTERED ON August 19, 2008.

_____
JUDGE